ORIGINAL



FILED
05/08/2023
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 22-0667

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH BOHN, WESTERN NATIVE VOICE, et al., MONTANA YOUTH ACTION, et al.,

      Plaintiffs and Appellees,

  v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

      Defendant and Appellant.

_____

FILED

MAY 0 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Patrick F. Philbin of Washington, D.C., has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Philbin is currently in good standing with another state jurisdiction in which Philbin is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Patrick F. Philbin to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Patrick F. Philbin, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this ____ day of May, 2023.

For the Court,

By _____
                Chief Justice